UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN EDWARD ROBINSON, ET AL.,

         Plaintiffs,

  v.

WELLS FARGO HOME MORTGAGE, ET AL.,

         Defendants.

Case No.  16-cv-01619-YGR

ORDER RE: MOTION TO DISMISS

Re: Dkt. No. 58

Defendants filed a motion to dismiss in this action on January 19, 2017.  (Dkt. No. 58.) Plaintiffs' opposition was due on February 2, 2017.  Plaintiffs did not file an opposition, and on February 13, 2017, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute.  (Dkt. No. 64.)  Plaintiffs filed a response to the Order to Show Cause on February 24, 2017.  (Dkt. No. 66.)  As of the date of this order, defendants have not replied to such filing.  The Court hereby deems plaintiffs' response filed on February 24, 2017 as an opposition to defendants' motion to dismiss, and considers defendants' motion as submitted. The Court will issue a written order on such motion without further briefing or oral arguments.

        IT IS SO ORDERED.

Dated: March 9, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California