1

2

3

# UNITED STATES DISTRICT COURT

4

# NORTHERN DISTRICT OF CALIFORNIA

5

6 | **JOHN EDWARD ROBINSON, ET AL.,**

CASE NO. 16-cv-01619-YGR

7 | Plaintiffs**,**

8 | vs.

**ORDER DISMISSING ACTION WITH PREJUDICE**

9 | **WELLS FARGO HOME MORTGAGE, ET AL.,**

10 | Defendants**.**

11      On April 13, 2017, the Court dismissed plaintiffs' first amended complaint (Dkt. No. 54)

12 giving leave to amend with regard to Counts Three and Four.  The Court instructed plaintiffs that a

13 second amended complaint must be filed within twenty-one days of the dismissal, else such

14 dismissal shall be with prejudice and the case would be closed.  (Dkt. No. 68 at 10.)  Plaintiffs'

15 deadline to file a second amended complaint thereby expired on May 4, 2017.  To date, plaintiffs

16 have not filed a second amended complaint.

17      Accordingly, the Court **DISMISSES WITH PREJUDICE** plaintiffs' first amended complaint.[1]

18 The Clerk shall close the file.

19      This Order terminates Docket Number 69.

20      **IT IS SO ORDERED.**

21 Dated: May 17, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

22

23

24

25

26

27

28      [1] Defendants filed a motion on May 16, 2017 requesting that the Court dismiss the action. (Dkt. No. 69.)  In light of this order, such motion is **DENIED AS MOOT.**