| | |
|---|---|
| 1 | PETER J. SALMON (SBN 174386) |
| 2 | DONNA Y. OH (SBN 278911) |
|   | ALDRIDGE PITE, LLP |
| 3 | 4375 JUTLAND DRIVE, SUITE 200 |
|   | P.O. BOX 17935 |
| 4 | SAN DIEGO, CA 92177-0935 |
|   | TELEPHONE: |
| 5 | FACSIMILE: (619) 590-1385 |
|   | E-Mail: doh@aldridgepite.com |

Attorneys for Defendant WELLS FARGO BANK N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| John Edward Robinson, Janice M Walsh,<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo Bank N.A.<br><br>Defendant, | Case No. 4 16-cv-01619-YGR<br><br>**[PROPOSED] ORDER ON MOTION TO EXPUNGE LIS PENDENS AND REQUEST FOR MONETARY SANCTIONS AGAINST PLAINTIFFS JOHN EDWARD ROBINSON AND JANICE M. WALSH IN THE AMOUNT OF $1,500.00**<br><br>**\*as modified by the Court\***<br><br>Date: January 8, 2019<br>Time: 2:00 p.m.<br>Courtroom: 1, Fourth Floor |

Now before the Court is the MOTION TO EXPUNGE LIS PENDENS AND REQUEST FOR MONETARY SANCTIONS AGAINST PLAINTIFFS JOHN EDWARD ROBINSON AND JANICE M. WALSH IN THE AMOUNT OF $1,500.00 filed by Defendant WELLS FARGO BANK N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo").  (Dkt. No. 72.)

**STATEMENT OF THE RATIONALE OF THE DECISION**

The term of the Notice of Lis Pendens has expired by operation of law:  The constructive notice from a recorded lis pendens continues until a judgment is

- 1 -

**[PROPOSED] ORDER**

rendered and the period for appeal expires. (*4 Miller & Starr California Real Estate* (4th ed. 2016) Cal. Real Est. §10:151.) "The *lis pendens*…is purely incidental to the action wherein it is filed. It refers specifically to such action, and has no existence apart from it. When, therefore, the action has been terminated by the entry of a judgment and by expiration of the statutory time within which an appeal from the judgment may be taken, the notice of *lis pendens* has fully served its purpose." (<u>*Garcia v. Pinhero*</u> (1937) 22 Cal.App.2d 194, 197 [finality of action after entry of judgment of dismissal after sustaining of demurrer].)

Cal. Civ. Proc. Code § 405.32 states:

> In proceedings under this chapter, the court shall order that the notice be expunged if the court finds that the claimant has not established by a preponderance of the evidence the probable validity of the real property claim. The court shall not order an undertaking to be given as a condition of expunging the notice if the court finds the claimant has not established the probable validity of the real property claim.

The underlying action has been dismissed **with prejudice** by Court order after granting of the Motion to Dismiss Plaintiff's First Amended Complaint, and subsequently after Plaintiffs' failure to file timely their Second Amended Complaint as ordered by the Court. This means that Plaintiffs have failed, despite multiple chances, to establish a valid claim against Defendant. Presently, there is no underlying action pending for Plaintiffs to establish a valid real property claim against Wells Fargo. The dismissal of the underlying case, **with prejudice**, marks the finality of this action and the termination of the Lis Pendens by operation of law.

**ORDER**

After reviewing the papers submitted, the Court hereby **GRANTS IN PART AND DENIES IN PART** Defendant Wells Fargo's motion.

The Notice of Pendency of Action, which recorded on May 23, 2016, in the Official Records of Contra Costa County, California, as Instrument No. 2016-0097448-00, is hereby **EXPUNGED** as against Plaintiffs John Edward Robinson and Janice M. Walsh, in relation to the above-entitled action filed against Defendant

- 2 -

**[PROPOSED] ORDER**

WELLS FARGO BANK N.A.

The Court **DENIES** Defendant Wells Fargo's request for monetary sanctions against Plaintiffs John Edward Robinson and Janice M. Walsh.

This Order terminates Docket Number 72.[1]

IT IS SO ORDERED.

Dated: December 21, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] In light of this Order, the hearing set for January 8, 2019 is **VACATED**.